**Stanley Olipra, Plaintiff-Appellee, v. Joseph Zambelli, et al., Defendants.**
**On Appeal of City of Chicago, a Municipal Corporation, Defendant-Appellant.**

Gen. No. 47,956. 

First District, Second Division.
January 24, 1961.
Rehearing denied February 14, 1961.

John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Edward E. Plusdrak, Assistant Corporation Counsel, of· counsel) for appellant; Cummings & Myman and Paul Denvir, of Chicago (Stanley M. Cahn, of counsel) for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.